B6C (Official Form 6C) (12/07)

In re **Thomas Dickinson Armour, III**     Case No. **09-38457**
                                                                         (If known)

## *AMENDED 3/4/2010*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. § 522(b)(2)
- ☑ 11 U.S.C. § 522(b)(3)

☑ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 4211 St. Andrews Blvd., Irving, TX 75038<br>Fairway Vista at Las Colinas PH1<br>Blk A Lt 2 | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $498,510.69 | $770,820.00 |
| Televisions (8)<br>Entertainment center<br>Stereo receivers (2)<br>DVD players (3)<br>VCR<br>CD players (3)<br>Speakers (6)<br>Recliner/chaise lounge<br>Coffee tables (3)<br>End table<br>Lamps (5)<br>Computer<br>Dinner table and chairs<br>Washer/dryer<br>Microwave<br>Refrigerators (2)<br>Freezers (2)<br>Dressers (3)<br>Armoire<br>Nightstands (5)<br>Mirrors (5)<br>Beds (3)<br>Barstools (5)<br>2 piece leather couch set<br>Love seat<br>Grill | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $30,000.00 | $149,305.57 |
| | | **$528,510.69** | **$920,125.57** |

B6C (Official Form 6C) (12/07) -- Cont.

In re **Thomas Dickinson Armour, III**  Case No. **09-38457**
(If known)

*AMENDED 3/4/2010*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Patio set<br>Patio dining table set<br>Entry table<br>Marble planters (15)<br><br>Books (250)<br>Pictures<br>Art<br>Antiques (father's trophies)<br>Statues<br>Sports memorabilia<br>Movies (DVD's)<br>Music (compact discs)<br>Ping pong table<br>Leather chair/ottoman<br>Massage tables (2) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 | $43,964.68 |
| Clothing (including accessories and shoes) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) | $0.00 | $65,000.00 |
| Watches (4) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) | $0.00 | $10,000.00 |
| PGA Tour Life Insurance (term policy) | Tex. Ins. Code § 1108.051 | Unknown | Unknown |
| PGA Tour and Champions Tour | Tex. Prop. Code § 42.0021 | $1,253,390.36 | $1,253,390.36 |
| 2008 Cadillac Escalade (1) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) | $0.00 | $46,586.99 |
| Desk<br>Leather chair<br>File cabinets (3) | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) | $0.00 | $15,936.79 |
| Fitness equipment (10)<br>Golf equipment | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) | $0.00 | $38,757.02 |
| | | **$1,781,901.05** | **$2,393,761.41** |

B6C (Official Form 6C) (12/07) -- Cont.

In re **Thomas Dickinson Armour, III**  Case No. **09-38457**
(If known)

*AMENDED 3/4/2010*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 2 Sphynx cats | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) | $0.00 | $950.00 |
| Ragdoll cat | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) | $0.00 | $750.00 |
| | | **$1,781,901.05** | **$2,395,461.41** |